### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLC ON-THE-GO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENA KEAN SNF OPERATIONS LLC D/B/A SENA KEAN NURSING AND REHABILITATION CENTER; AND SENA KEAN MANOR, <br><br> Defendants. | Civil Action No. 1:24-cv-127 <br><br> **ELECTRONICALLY FILED** |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Complaint* was filed electronically. This filing will be sent via Electronic Mail and U.S. First-Class Mail, postage prepaid, upon the following:

Mr. Philip J. Sell, Administrator
Sena Kean SNF Operations LLC d/b/a Sena Kean Nursing and Rehabilitation Center
17083 Route 6
Smethport, PA 16749
psell@senakeanhc.com

Mr. Philip J. Sell, Administrator
Sena Kean Manor
17083 Route 6
Smethport, PA 16749
psell@senakeanhc.com

_____
Marc T. Thirkell, Esquire

DATED: May 10, 2024